IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 1:11-CR-52 |
| | § | |
| CHRISTOPHER JAMES GARDNER | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's competency for trial.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and he is able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that defendant is competent to stand trial.

So **ORDERED** and **SIGNED** this 8 day of **September, 2011.**

_____
Ron Clark, United States District Judge